# SIMMONS JANNACE DELUCA, LLP
### ATTORNEYS AT LAW
### 43 CORPORATE DRIVE
### HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca^
Allison C. Leibowitz
Michael C. Lamendola*
Ian E. Hannon

Marcus Brown
Irina Feferman*
Rachel Gergely
Michael C. Hayes
Thomas J. Jannace
Matthew C. Maloney
Aric H. Peymann
Cristen M. Swannick
Scott H. Wertheimer
Nicholas C. Zotto

Counsel

Susan B. Jannace
Ross M. Chinitz^

*Also Admitted NJ
^Also Admitted CT

August 12, 2024

**Via ECF**
Magistrate Judge Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:  Randy Romash vs. Target Corporation, et al.
           Civil Docket No.: 23-CV-08916-KMK-VR

Dear Honorable Judge Reznik:

    This Firm represents the defendant, Target Corporation, in the above-referenced matter.

    The parties are in receipt of the Court's Memo Endorsement [DE 15] scheduling a telephone conference on August 28, 2024 at 10:30 a.m. However, I am unable to appear at that time due to a scheduling conflict, as I have a conference at that same date and same time on a case pending in the Eastern District of New York (Janine A. Kuse v. Target Corporation, et al., 2:24-cv-04271-LDH-ST).

    In light of the above scheduling conflict, I kindly request that the conference be adjourned to a different time on August 28, 2024 or another date and time convenient to the Court. There have been no previous requests for an adjournment of this conference. My adversary consents to this request.

Magistrate Judge Victoria Reznik
United States District Court
Southern District of New York
August 12, 2024
Page 2

Thank you for your kind consideration in this matter.

Respectfully submitted,

*Allison C. Leibowitz*

Allison C. Leibowitz

cc: <u>Via ECF</u>
Michelle Jean-Jacques
HARMON, LINDER & ROGOWSKY
Attorneys for Plaintiff
RANDY ROMASH

882891

The defendant's adjournment request is **GRANTED**. The status conference is now scheduled for **Thursday, August 29, 2024,** at **11:00am**. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and press # to enter the conference.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 08/13/2024